**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                              CASE NO. 8:04-CR-567-T-17

JUAN MARTINEZ
_____/

**ORDER**

       This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 161). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 162 and 164 and Probation's Amended Retroactive Crack Cocaine Amendment Eligibility Assessment). All responses concur that the defendant is not eligible for a reduction in sentence based on the amended guidelines. Accordingly, it is.

       **ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 161) be **denied**.

       **DONE AND ORDERED** in Chambers in Tampa, Florida this 23rd day of January, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record